## STATE OF CONNECTICUT *v.* LAMAR DUPREE

The defendant's petition for certification for appeal from the Appellate Court, 56 Conn. App. 631 (AC 17583), is denied.

*Louis S. Avitabile*, special public defender, in support of the petition.

*Toni M. Smith-Rosario*, deputy assistant state's attorney, in opposition.

Decided April 13, 2000

## STATE OF CONNECTICUT *v.* JAROSLAW NANOWSKI

The defendant's petition for certification for appeal from the Appellate Court, 56 Conn. App. 649 (AC 17647), is denied.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*John T. Walkley*, special public defender, in support of the petition.

*Denise B. Smoker*, assistant state's attorney, in opposition.

Decided April 13, 2000

## STATE OF CONNECTICUT *v.* MATTHEW MARKEVEYS

The defendant's petition for certification for appeal from the Appellate Court, 56 Conn. App. 716 (AC 17795), is denied.

*Theresa M. Dalton*, senior assistant public defender, in support of the petition.

*Eileen McCarthy Geel,* assistant state's attorney, in opposition.

Decided April 13, 2000

STATE OF CONNECTICUT *v.* ORIEN THOMAS

The petition of the state of Connecticut for certification for appeal from the Appellate Court, 56 Conn. App. 573 (AC 18512), is denied.

*Lisa A. Riggione,* senior assistant state's attorney, in support of the petition.

*Eugene P. Falco,* special public defender, in opposition.

Decided April 13, 2000

BENJAMIN ANCONA *v.* MANAFORT BROTHERS, INC.

The plaintiff's petition for certification for appeal from the Appellate Court, 56 Conn. App. 701 (AC 18372), is denied.

*Tara K. Lyons* and *Vincent F. Sabatini,* in support of the petition.

*Kenneth R. Slater, Jr.,* in opposition.

Decided April 13, 2000

JAMES C. BERNET ET AL. *v.* JOHN R.
BERNET ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 56 Conn. App. 661 (AC 18408), is denied.